AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_for the_ _____ DISTRICT OF _____ Columbia

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-194

FILED
AUG 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Damaris Herrera_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _8/18/2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer