

U.S. Department of Justice

United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St N W.*
*Washington, D C  20001*

August 12, 2008

Joanne Hepworth, Esquire
601 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004

CR: 08-194 (RJL)

**FILED**

AUG 1 8 2008

Re:     Damaris Herrera

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Ms. Hepworth:

    Esta carta presenta la totalidad del acuerdo de declaración de culpabilidad que se ofrece a su cliente, Damaris Herrea . La oferta vincula únicamente a las divisiones Penales y de Primera Instancia de las Oficinas de la Fiscalía Federal para el Distrito de Columbia. Una vez que se reciba firmada, la carta constituirá en sí misma el acuerdo de declaración de culpabilidad. Las condiciones del acuerdo son las siguientes:

    **Acusaciones**: Su cliente renuncia a la expedición de una Acusación Formal en su contra, y acepta declararse culpable de la Acusación No. 2 de una denuncia penal relativa a un incumplimiento del Título 22 del Código del Distrito de Columbia, Secciones 3221(b), 3222(b)(2) (Fraude en segundo grado). Se entiende que la declaración de culpabilidad se basará en la admisión de culpabilidad de su cliente del delito en cuestión ante el Tribunal, de conformidad con la Regla 11 de las Reglas Federales de Procedimiento Penal. Se espera que en la audiencia relativa a la declaración de culpabilidad para cumplir con dicha Regla, su cliente acepte y firme una Declaración del Delito que constituirá un ofrecimiento de evidencia por escrito.

    La Fiscalía, en el momento de imposición de la sentencia, retirará la otra acusación en la Denuncia Penal, relativa al delito de ayudar e instigar en la producción de un documento de identidad, sin autoridad legal para ello, en contra del título 18, del Código Federal de los Estados Unidos (CF), Sección 1028(a)(1). Su cliente acepta que el delito que se retirará en el momento de imposición de la sentencia se basa en hechos, y que no existirá fundamento alguno para presentar ninguna demanda bajo la "Enmienda Hyde" (Título 28 del CF, Sección 2412), por lo que acepta específicamente no presentar ningún reclamo bajo dicha ley.

    **Posibles penalizaciones, gravámenes y restitución:** Su cliente entiende que la pena máxima que puede imponerse son 180 días de prisión, una multa de $1.000 dólares y un gravamen especial de $250 dólares para su depósito en el Fondo de Ayuda a Víctimas de Delitos, de conformidad con el Título 4 del Código del Distrito de Columbia, Sección 4-516. No obstante la penalización máxima, su cliente entiende que la sentencia que se impondrá en el caso

la decide el Juez a su entera discreción, y que la Fiscalía no hace, ni puede hacer, ninguna promesa, declaraciones o predicciones respecto a la pena que impondrá el Juez. Su cliente también entiende que no puede retirar esta declaración de culpabilidad si no está conforme con la pena que imponga el Juez, pero no se menoscaba el derecho de su cliente de apelar una sentencia ilegal.

**Cooperación**: Su cliente acepta cooperar totalmente, abiertamente, y honestamente en la investigación de esta Oficina y del FBI. Específicamente, su cliente acepta:

- proporcionar información completa, verídica y cándida, así como todos los registros, objetos tangibles y otros materiales solicitados de cualquier tipo o descripción que pueda tener, relacionados directa o indirectamente con el objeto de esta investigación;

- responder de forma completa, verídica y cándida a todas las preguntas que le hagan los fiscales y oficiales de ejecución de la ley durante el curso de esta investigación;

- estar disponible para someterse a entrevistas por los fiscales y las autoridades del orden de la Fiscalía, cuando se le solicite con una antelación razonable;

- no tratar de proteger a ninguna persona o entidad proporcionando falsas declaraciones u omitiendo información; ni tampoco implicar con mentiras a ninguna persona o entidad;

- no revelar su cooperación con las autoridades del orden, ni los detalles de la misma, a ninguna persona o entidad;

- cumplir con todas las solicitudes razonables de las autoridades del gobierno federal respecto a la ayuda específica que va a proporcionar; y

- responder de forma completa, verídica y cándida, en el juicio, ante el gran jurado, o en cualquier audiencia relativa a esta investigación, a todas las preguntas que le haga el tribunal, el fiscal, o cualquiera de las partes.

**Concesiones de la Fiscalía**: A cambio de su declaración de culpabilidad, la Fiscalía acepta no oponerse a que se deje en libertad a su cliente hasta el momento de la imposición de la pena, y no oponerse a que su cliente se entregue voluntariamente para comenzar a cumplir cualquier condena que se le imponga, siempre que su cliente continúe demostrando que acepta responsabilidad: (a) cooperando con la persona que prepare el informe para la imposición de la condena (lo que incluye responder a todas las preguntas específicas con la verdad y entregar toda la información financiera que se le solicite); (b) cooperando de forma total y con la verdad con el tribunal en cualquier proceso que resulte de este asunto; (c) cumpliendo con las otras disposiciones de este acuerdo, y (d) ateniéndose a las condiciones de su puesta en libertad que establezca el Tribunal. Asimismo, de conformidad con otros párrafos de este acuerdo, la Fiscalía se compromete a no presentar acusaciones penales adicionales en contra de su cliente en los tribunales federales de distrito de los Estados Unidos o el tribunal de primera instancia del Distrito de Columbia respecto a la conducta indicada en la Denuncia Penal. Esta acuerdo de no enjuiciar a su cliente no se extiende a delitos federales o locales de violencia, según los define el Título 18 del Código Federal, Sección 16, y la Sección 23-1331(4) del Código del Distrito de Columbia. Se entiende que la Fiscalía federal no tiene prueba alguna hasta la fecha de que su cliente haya participado en ningún delito de violencia.

En el momento de la imposición de la condena de su cliente, la Fiscalía informará al Juez que la imponga, y a la oficina de liberad condicional, de la naturaleza, grado y valor de la cooperación proporcionada por su cliente al gobierno estadounidense.

**El Tribunal no está obligado**: Su cliente entiende que el Juez no tiene obligación de seguir ninguna de las recomendaciones de la Fiscalía en el momento de la imposición de la condena, y que la decisión final respecto al libertad bajo fianza o detención de su cliente la tomará el Tribunal en el momento de su declaración de culpabilidad. Las decisiones del Tribunal a este respecto no constituirán fundamento para renunciar a este acuerdo.

**Reserva del derecho de dirigirse al Tribunal**: La Fiscalía federal se reserva el derecho de dirigirse al tribunal, entre otras cosas para: informar de todo hecho importante a la persona que prepara el informe para la imposición de la condena; disputar los errores en los datos de dicho informe, y disputar cualquier tema no contemplado en este acuerdo inculpatorio; presentar, en el momento de imposición de la condena, y en todo proceso ante la Oficina de Prisiones, toda la evidencia respecto a todas las actividades penales de su cliente, de conformidad con las disposiciones del siguiente párrafo.

- La Fiscalía y su cliente, por medio de la presente, acuerdan que como su cliente ha accedido a cooperar con la Fiscalía, la información que proporcione no será utilizada en su contra, con la siguiente excepción:

a. la información que era de conocimiento de la Fiscalía federal antes de la fecha de aceptación de este acuerdo inculpatorio por su cliente; en caso de enjuiciamiento por perjurio o por presentar declaraciones falsas respecto a este acuerdo inculpatorio; si su cliente incumple este acuerdo, como indican las disposiciones del mismo.
En el caso de dicho incumplimiento, la Fiscalía federal se reserva el derecho de utilizar cualquier información proporcionada por su cliente para acusarlo en procesos posteriores.

Si en este acuerdo inculpatorio la Fiscalía ha aceptado recomendar, o abstenerse de recomendar, al juez que imponga la condena que resuelva de una manera particular alguna cuestión de la misma, la Fiscalía se reserva el derecho a expresarse ampliamente sobre el tema en cualquier litigio posterior a la imposición de la condena, para defender la decisión final de dicho Juez al respecto.

**Incumplimiento del acuerdo**: Si su cliente no presenta de forma completa, verídica y cándida información a las autoridades federales de ejecución de la ley, los fiscales federales, los jurados indagatorios que participen en esta investigación, o el Tribunal, o si comete cualquier delito adicional, o trate de retirar esta declaración de culpabilidad, la Fiscalía federal tendrá el derecho de calificar dicha conducta de incumplimiento del acuerdo. Si durante la investigación o enjuiciamiento de su cliente, éste comete perjurio, hace declaraciones falsas de forma consciente, o comete cualquier acto de desacato al tribunal u obstrucción de la justicia, la Fiscalía podrá enjuiciarlo por esos delitos hasta el máximo nivel permitido por la ley. En el caso de un incumplimiento (a) la Fiscalía se liberará de sus obligaciones bajo este acuerdo y podrá tomar cualquier postura que considere apropiada respecto a la condena y las condiciones de puesta en libertad de su cliente; (b) su cliente no tendrá derecho a retirar la declaración de culpabilidad; (c) su cliente estará totalmente sujeto a enjuiciamiento penal por cualquier otro delito que haya cometido o pueda cometer, si existen, incluidos los de perjurio y obstrucción de

la justicia; y (d) la Fiscalía estará en libertad de usar en contra de su cliente, de forma directa e indirecta, en cualquier caso penal o civil, toda la información o materiales que su cliente haya proporcionado como parte de este acuerdo de cooperación. Su cliente renuncia por la presente a cualquier derecho a alegar que evidencia presentada en dicho enjuiciamiento no procede por tratarse de declaraciones hechas por él.

En el caso de una disputa sobre si su cliente ha proporcionado conscientemente información sustancial falsa, incompleta o equívoca, al cumplir con las condiciones de este acuerdo de cooperación, o si su cliente ha cometido conscientemente algún otro incumplimiento sustancial de este acuerdo, si la Fiscalía desea ejercer su derecho bajo este acuerdo, y si su cliente desea presentar el tema ante el Tribunal para que éste lo decida en el debido proceso, las revelaciones y documentos que presente su cliente serán admisibles y la Fiscalía tendrá la obligación de probar dicho incumplimiento por preponderancia de la evidencia.

**Presencia de abogado defensor:** En todas las entrevistas y sesiones de información realizadas por los investigadores o fiscales, su cliente tendrá derecho a contar con la presencia, la asesoría y la ayuda de un abogado, a no ser que renuncie a ello.

13. **Intérprete**: Su cliente acepta que si se necesita un intérprete para que le ayude a traducir este acuerdo de declaración de culpabilidad a su idioma nativo, su cliente lo solicitará al tribunal, de conformidad con el Título 28 del Código Federal, Sección 1827, "Ley de los Intérpretes de Tribunales", para obtener los servicios de un intérprete certificado, a costo del Tribunal, que pueda traducir verbalmente el acuerdo inculpatorio a su cliente al idioma nativo de éste. Su cliente acepta que no es necesario que el acuerdo sea escrito en su idioma nativo.

14. **Obligaciones de la división penal de la Fiscalía federal:** Su cliente entiende que este acuerdo solamente es obligatorio para las división penal y del tribunal de primera instancia de la Fiscalía federal correspondiente al Distrito de Columbia. El acuerdo no obliga a la división civil de esta oficina, ni a ninguna otra fiscalía federal, así como a ningún otro fiscal estatal, local o federal. Tampoco impide ni menoscaba ninguna demanda civil, fiscal o administrativa pendiente contra su cliente o que pueda surgir contra el mismo.

15. **Total acuerdo:** No existe ningún otro acuerdo, promesa, entendimiento o declaraciones hechas por las partes o sus representantes legales, aparte de las que aparecen por escrito en este texto, ni podrá hacerse ningún acuerdo, promesa, entendimiento o declaraciones a no ser que se hagan por escrito con la firma de su cliente, y las firmas del abogado defensor y del fiscal federal adjunto para el Distrito de Columbia.

Si considera aceptables los términos y condiciones anteriores, su cliente puede indicarlo firmando el acuerdo en el espacio proporcionado a continuación para ello, y devolviendo el original a la Fiscalía una vez firmado por él y su abogado.

Atentamente,

*[firma]*
JEFFREY A. TAYLOR
FISCAL FEDERAL

p.a. *[firma]*
ELLEN CHUBIN EPSTEIN
SUSAN B. MENZER
Fiscales Federales Adjuntas

He leído este acuerdo inculpatorio y he hablado del mismo con mi abogado. Entiendo totalmente el acuerdo y lo acepto sin reserva alguna, cosa que hago de forma libre y voluntaria, con la intención de atenerme al mismo como requisito legal. No he sido amenazado ni me encuentro bajo la influencia de nada que pueda afectar mi capacidad para entender completamente el acuerdo. Me declaro culpable porque soy de hecho culpable de los delitos identificados en el párrafo no. 1.

Reitero que no existe en absoluto ninguna promesa, acuerdo, entendimiento o condiciones establecidas o aceptadas con relación a mi decisión de declararme culpable, aparte de las que aparecen en este acuerdo inculpatorio. Estoy satisfecho con los servicios legales proporcionados por mi abogado en relación con este acuerdo inculpatorio y los asuntos afines al mismo.

Fecha: 8/18/2008          Acusado: *[firma] Domani Herrera*

He leído todas y cada una de las páginas de este acuerdo inculpatorio, y las he repasado con mi cliente, y he comentado en profundidad las disposiciones del acuerdo con mi cliente. Estas páginas muestran de forma correcta y completa la totalidad del acuerdo de culpabilidad. Apoyo el deseo de mi cliente de declararse culpable como se indica en este acuerdo.

Fecha: 8/18/2008          Abogado defensor: *[firma] Joanne R. Hepworth*