U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA :

v. :

:

DAMARIS HERRERA, :  Case No. 08-194 (RJL)      **FILED**

Defendant. :                                    AUG 1 8 2008

**O R D E R**                                  NANCY MAYER WHITTINGTON, CLERK
                                               U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __18th__ day of __AUGUST, 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __a date convenient to both parties__ by __FBI S/A Sean Ryan and AL Tenuta__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __FBI S/A Sean Ryan and Al Tenuta__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate) Alan Kay

Court
~~DEFENSE COUNSEL~~

DOJ USA-16-1-80