UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>v.                                                )<br>                                                    )        CR. No. 08-194 (RJL/AK)<br>DAMARIS HERRERA ,                )<br>        Defendant.                            )<br>                                                    ) | |

REPORT AND RECOMMENDATION

This matter was referred to a United States Magistrate Judge by the Honorable Richard J. Leon for the acceptance of a plea to Count Two of a two-count Information alleging a violation of Title 22, D.C. Code §§ 3221(b) and 3222(b)(2), Fraud in the Second Degree.

Hearing on Plea

The Defendant, Damaris Herrera, came before the Court on August 18, 2008, represented by counsel, Joanne Hepworth.  The Government was represented by Assistant United States Attorney Ellen Chubin Epstein. For the record, Defendant, Defendant's counsel and Government counsel consented to proceed before the undersigned United States Magistrate Judge, for the purpose of conducting the plea colloquy and accepting the plea.  The Court placed Ms. Herrera under oath and ascertained that she was competent to enter a plea to Count Two of the Information, and the Court then proceeded to explain the nature of the charge to which the plea was being offered.

The Court followed Rule 11 of the Federal Rules of Criminal Procedure, advising the Defendant of the maximum possible penalty provided by law and ascertaining his awareness of the Sentencing Guidelines and the fact that such Guidelines are no longer mandatory, but should be considered by the sentencing court.  The Defendant acknowledged that she wished to waive

her right to a jury trial before a United States District Court Judge and that by entering a plea of guilty, which, if accepted by the District Court, would waive her right to appeal a judgment of guilt. Defendant acknowledged that she was waiving his constitutional right not to incriminate herself. The Defendant indicated that the terms and conditions contained in the plea agreement, which was filed and made part of the record in this case, accurately reflected the agreement between herself, her counsel, and the United States and that no other promises, other than what was contained in the plea agreement, had been made to her in order to secure her plea of guilty in this case. Defendant acknowledged that she committed Fraud in the Second Degree.

The Court found, after advising the Defendant of her rights, Ms. Herrera's plea of guilty to Count Two of the Information was voluntarily and knowingly made and that her admission of guilt encompassed each of the elements of the offense charged in Count Two of the Information.

## Recommendation

The undersigned recommends that the trial court accept Ms. Herrera's plea of guilty based upon this Court's finding that the plea of guilty was knowingly and voluntarily made by Ms. Herrera, who was found to be competent and that she fully understood the nature and the consequences of entering such a plea. Following the entry of the plea of guilty, the Court directed that the Defendant be placed on a personal recognizance bond. Defendant was referred to the Probation Office for a Pre-sentencing Investigation Report. Defendant's sentencing date before the Honorable Richard J. Leon has been set for November 13, 2008, at 4:00 p.m.

August 18, 2008                                          _____/s/_____
                                                         ALAN KAY
                                                         UNITED STATES MAGISTRATE JUDGE